AO 91 (Rev. 11/11) Criminal Complaint (approved by SAUSA Diana Vondra Carrig)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

United States of America )
v. )
) Case No. 19-1643-M
Antonio Shaw )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/22/2019__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | See Attachment A (incorporated herein) - two counts of assault on a federal official engaged in the performance of their official duties |

This criminal complaint is based on these facts:

See Attachment B -- Affidavit for Arrest Warrant (incorporated herein)

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent James F. Finnegan
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/27/2019

*Judge's signature*

City and state: Philadelphia, Pennsylvania
Hon. Jacob P. Hart, U.S. Magistrate Judge
*Printed name and title*

**Attachment A**

**COUNT 1**

On or about January 22, 2019, within the Eastern District of Pennsylvania, defendant

ANTONIO SHAW

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "Victim One," a person designated in Title 18, United States Code, Section 1114, namely a Special Agent employed by the Federal Bureau of Investigation, while Victim One was engaged in and on account of the performance of Victim One's official duties, where such acts involved physical contact with Victim One.

In violation of Title 18, United States Code, Section 111(a)(1).

1

## COUNT 2

On or about January 22, 2019, within the Eastern District of Pennsylvania, defendant

ANTONIO SHAW

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "Victim Two," a person designated in Title 18, United States Code, Section 1114, namely an Assistant United States Attorney employed by the Department of Justice, while Victim Two was engaged in and on account of the performance of Victim Two's official duties, where such acts involved physical contact with Victim Two.

In violation of Title 18, United States Code, Section 111(a)(1).

## ATTACHMENT B—AFFIDAVIT FOR ARREST WARRANT

I, James F. Finnegan, Special Agent with the Federal Bureau of Investigation, have knowledge of the following facts based on my own investigation and upon conversations with other individuals involved in this investigation. I have not included all of the facts known to me in this Affidavit, just those facts which I believe necessary to establish probable cause. Where the contents of statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event occurred on a particular date, I am asserting the event occurred on or about the date alleged:

1. On or about January 22, 2019, ANTONIO SHAW was present in a courtroom of the U.S. District Court for the Eastern District of Pennsylvania for sentencing after having been convicted of assault with a dangerous weapon, with intent to do bodily harm in violation of 18 U.S.C. § 113(a)(3).

2. A Special Agent of the Federal Bureau of Investigation ("Victim One") also was present in the courtroom for ANTONIO SHAW's sentencing hearing. Victim One had investigated the assault for which ANTONIO SHAW was being sentenced and attended the sentencing as part of his official duties as Special Agent.

3. An Assistant United States Attorney for the Eastern District of Pennsylvania ("Victim Two") also was present in the courtroom for ANTONIO SHAW's sentencing hearing. Victim Two was the attorney who represented the United States Government at ANTONIO SHAW's trial and sentencing hearing.

4. At the conclusion of the sentencing hearing, as he was being led out of the courtroom by a U.S. Marshal, ANTONIO SHAW turned around to face Victim One and Victim Two and spat on both Victim One and Victim Two. The escorting U.S. Marshal and other U.S. Marshals then restrained ANTONIO SHAW.

3

5. Based upon the above facts, your affiant avers that there is probable cause to believe that defendant ANTONIO SHAW has violated Title 18, United States Code, Section 111(a)(1), by assaulting two federal employees, an FBI agent and Assistant U.S. Attorney, who were engaged in the performance of their official duties at the time of the assaults.

JAMES F. FINNEGAN
Special Agent, Federal Bureau of Investigation

Sworn to me and subscribed
Before me this 27th day of
September, 2019

HONORABLE JACOB P. HART
United States Magistrate Judge

4